449 A.2d 705

**Albert S. GROSSI, Executor of the Estate of Marie G. Grossi, deceased, Appellant,**

v.

**PRESBYTERIAN–UNIVERSITY HOSPITAL, a corporation; Dernatel, Inc., a foreign corporation, doing business in Pennsylvania; How Medica, Inc., a foreign corporation, doing business in Pennsylvania.**

Superior Court of Pennsylvania.

Argued Nov. 13, 1979.

Filed Aug. 13, 1982.

Jeffrey J. Bernstein, Pittsburgh, for appellant.

John W. Jordan, Pittsburgh, for Presbyterian, appellee.

Susan Richard, Pittsburgh, for Dernatel and How Medica, appellees.

Before CERCONE, President Judge, and MONTGOMERY and LIPEZ, JJ.

PER CURIAM:

This is an appeal from an order in which the court below dismissed the complaint on the ground that exclusive original jurisdiction was in the Arbitration Panels for Health Care. In light of our Supreme Court's decision in *Mattos v. Thompson*, 491 Pa. 385, 421 A.2d 190 (1980), the order must be reversed, and the case remanded for trial. *Spruk v. United Laboratories of Cleveland*, 290 Pa.Super.Ct. 74, 434 A.2d 136 (1981); *Ehritz v. Cappriotti*, 288 Pa.Super.Ct. 265, 431 A.2d 1040 (1981); *Gallagher v. Caliguiri*, 287 Pa.Super.Ct. 250, 429 A.2d 1195 (1981); *Smith v. Barclay*, 286

Pa.Super.Ct. 510, 429 A.2d 438 (1981); *see Firich v. American Cystoscope Makers, Inc.,* 635 A.2d 259, 261 (3rd Cir. 1980).

Order reversed, complaint reinstated, and case remanded for trial.